IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SORHIB OMONOV,  :
    Petitioner,  :  CIVIL NO. 12-CV-1704
                    :
v.  :
                      :  (JUDGE NEALON)
THOMAS DECKER, et al.,  :  (MAGISTRATE JUDGE MANNION)
    Respondents  :

## ORDER

**AND NOW**, this 1st day of FEBRUARY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 6) is **ADOPTED**;

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot;

4. The Clerk of Court is directed to **CLOSE** this case; and

5. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
United States District Judge

FILED
SCRANTON

FEB 0 1 2013

PER _____
DEPUTY CLERK